UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PLATA CAPITAL LIMITED,

                                Plaintiff,

-v-

FINANCIAL TECHNOLOGY PARTNERS L.P. *and* FTP SECURITIES LLC,

                                Defendants.

25 Civ. 2549 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On June 25, 2025, plaintiff filed a motion to dismiss defendants' counterclaims under Rule 12 of the Federal Rules of Civil Procedure. Under Rule 15(a)(1)(B), a defendant has 21 days after the service of a motion under Rule 12(b) to amend its counterclaims once as a matter of course.

Accordingly, it is hereby ORDERED that defendants shall file any amended counterclaims by July 16, 2025. No further opportunities to amend will ordinarily be granted. If defendants do amend, by August 6, 2025, plaintiff shall: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying defendants, stating that it relies on the previously filed motion to dismiss.[1]

It is further ORDERED that if no amended counterclaims are filed, defendants shall serve any opposition to the motion to dismiss by July 16, 2025. Plaintiff's reply, if any, shall be served by July 30, 2025. At the time any reply is served, the moving party shall supply the Court with

---

[1] If plaintiff files a new motion to dismiss or relies on its previous motion, defendants' opposition will be due 14 days thereafter, and plaintiff's reply, if any, will be due seven days after that.

two (2) courtesy copies of all motion papers by mailing or delivering them to the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York 10007.

SO ORDERED.

*Paul A. Engelmayer*
------------------------------
PAUL A. ENGELMAYER
United States District Judge

Dated: June 26, 2025
      New York, New York

2