UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PLATA CAPITAL LIMITED,<br><br>Plaintiff-Counterclaim-Defendant,<br><br>- against -<br><br>FINANCIAL TECHNOLOGY PARTNERS L.P. and FTP SECURITIES LLC,<br><br>Defendants-Counterclaim-Plaintiffs. | Civil Action No. 1:25-cv-02549-PAE<br><br><u>CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER</u> |
| FINANCIAL TECHNOLOGY PARTNERS L.P. and FTP SECURITIES LLC,<br><br>Counterclaim-Plaintiffs,<br><br>- against -<br><br>FINTECH ACQUISITION LIMITED,<br><br>Counterclaim-Defendant. | |

This Civil Case Management Plan (the "Plan") is submitted by Plaintiff and Counterclaim-Defendant Plata Capital Limited, Counterclaim-Defendant FinTech Acquisition Limited (together with Plata Capital Limited, "Plaintiffs/Counterclaim-Defendants") and Defendants and Counterclaim-Plaintiffs Financial Technology Partners L.P. and FTP Securities LLC ("Defendants/Counterclaim-Plaintiffs", and together with Plaintiffs/Counterclaim-Defendants, the "parties") in accordance with Fed. R. Civ. P. 26(f)(3).

1. All parties do not consent to conducting all further proceedings before a Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences.

2. This case is not to be tried to a jury.

3. Amended pleadings may not be filed and additional parties may not be joined except with leave of the Court. ~~Plaintiffs/Counterclaim-Defendants request that any motion to amend or to join additional parties shall be filed within 30 days from the date of this Order.~~

Case 1:25-cv-02549-PAE Document 38-1 Filed 07/02/25 Page 2 of 4

~~Defendants/Counterclaim-Plaintiffs request that~~ any motion to amend or to join additional parties shall be filed within ~~[illegible]~~ 60 days from the date of this Order.

4. Initial disclosures, pursuant to Fed. R. Civ. P. 26(a)(1), shall be completed no later than 14 days from the date of this Order.

5. ~~Defendants/Counterclaim-Plaintiffs propose that~~ fact discovery is to be completed no later than November 6, 2025.

6. The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. If discovery proceeds, the following interim deadlines may be extended by the written consent of all parties without application to the Court, provided that all fact discovery is completed by the date set forth in paragraph 5 above.

   a. Initial requests for production to be served by August 1, 2025.

   b. Interrogatories to be served by August 1, 2025.

   c. Depositions to be completed by October 31, 2025.

   d. Requests to admit to be served no later than October 6, 2025.

7.

   a. All expert discovery shall be completed no later than December 21, 2025.

   b. No later than October 6, 2025, the parties shall meet and confer on a schedule for expert disclosures, including reports, production of underlying documents and depositions, provided that (i) expert report(s) of the party with the burden of proof shall be due before those of the opposing party's expert(s); and (ii) all expert discovery shall be completed by the date set forth in paragraph 7(a).

8. All motions and applications shall be governed by the Court's Individual Rules and Practices, including the requirement of a pre-motion conference before a motion for summary judgment is filed. Pursuant to the authority of Fed. R. Civ. P. 16(c)(2), any motion for summary judgment will be deemed untimely unless a request for a pre-motion conference relating thereto is made in writing within fourteen (14) days of the close of fact discovery.

9. All counsel must meet face-to-face for at least one hour to discuss settlement within fourteen (14) days following the close of fact discovery.

10.

   a. Counsel for the parties have discussed an informal exchange of information in aid of early settlement of this case and have agreed upon the following:

Case 1:25-cv-02549-PAE Document 38-1 Filed 07/02/25 Page 3 of 4

The parties at this time do not plan to informally exchange information outside of the discovery process provided for in this Order.

b. Counsel for the parties have discussed the use of the following alternate dispute resolution mechanisms for use in this case: (i) a settlement conference before a Magistrate Judge; (ii) participation in the District's Mediation Program; and/or (iii) retention of a privately-retained mediator. Counsel for the parties propose the following alternate dispute resolution mechanism for this case:

If and when the parties engage in settlement discussions, they presently intend to use a privately-retained mediator. However, the parties do not believe the case is ripe at this time for alternate dispute resolution.

c. Counsel for the parties recommend that the alternate dispute resolution mechanism designated in paragraph 10(b), be employed at the following point in the case (e.g., within the next sixty days; after the deposition of plaintiff is completed (specify date); after the close of fact discovery):

Within seven (7) days following the close of fact discovery.

d. The use of any alternative dispute resolution mechanism does not stay or modify any date in this Order.

11. The Final Pretrial Order date shall be set by the Court at a later date. ~~is thirty (30) days following the close of expert discovery.~~ By the Final Pretrial Order date, the parties shall submit a Joint Pretrial Order prepared in accordance with the undersigned's Individual Rules and Practices and Fed. R. Civ. P. 26(a)(3). Any motions *in limine* shall be filed after the close of discovery on or before the Final Pretrial Order date. If this action is to be tried before a jury, proposed *voir dire*, jury instructions and verdict form shall also be filed on or before the Final Pretrial Order date. Counsel are required to meet and confer on a joint submission of proposed jury instructions and verdict form, noting any points of disagreement in the joint submission. Jury instructions may not be submitted after the Final Pretrial Order date, unless they meet the standard of Fed. R. Civ. P. 51(a)(2)(A). If this action is to be tried to the Court, proposed findings of fact and conclusions of law should be submitted on or before the Final Pretrial Order date.

12. Counsel for the parties have conferred regarding the length of trial, and they agree that their present best estimate of the length of trial is 3-5 days.

---

TO BE COMPLETED BY THE COURT:

The Plan has been reviewed by the Court and, except as modified, is adopted as the Scheduling Order of this Court in accordance with Fed. R. Civ. P. 16(b).

13. [Other]

14. The next Case Management Conference is scheduled for December 9, 2025 at 2:30 p.m.

Unless otherwise indicated, the Case Management Conference will be held **telephonically**. Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

All conferences with the Court are scheduled for a specific time; there is no other matter scheduled for that time, and counsel are directed to appear promptly. All pretrial conferences must be attended by the attorney who will serve as principal trial counsel.

**Please email to EngelmayerNYSDChambers@nysd.uscourts.gov, no later than twenty-four hours before the conference**, the names of any counsel who wish to enter an appearance at the conference, and the number from which each counsel will be calling.

This ORDER may not be modified or the dates herein extended, except by further Order of this Court for good cause shown. Any application to modify or extend the dates herein (except as noted in paragraph 6) shall be made in a written application in accordance with paragraph 1.E of the Court's Individual Rules and Practices and shall be made no less than two (2) business days prior to the expiration of the date sought to be extended.

Paul A. Engelmayer

Paul A. Engelmayer
United States District Judge

Dated: New York, New York
July 9, 2025