UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PLATA CAPITAL LIMITED,

                  Plaintiff-Counterclaim-Defendant,

      -v-

FINANCIAL TECHNOLOGY PARTNERS L.P. and FTP
SECURITIES LLC,

              Defendants-Counterclaim-Plaintiffs.

---

FINANCIAL TECHNOLOGY PARTNERS L.P. and FTP
SECURITIES LLC,

              Counterclaim-Plaintiffs,

      -v-

FINTECH ACQUSITION LIMITED,

              Counterclaim-Defendant.

25 Civ. 2549 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

Before the Court is a motion by plaintiff Plata Capital Limited ("Plata") to compel defendants Financial Technology Partners LP and FTP Securities LLC (collectively, "FT Partners") to comply with certain discovery requests seeking documents and information concerning FT Partners' contracts with other clients. Dkt. 64. FT Partners has opposed this request, contending the requested production is irrelevant, overbroad, and unnecessary. Dkt. 66.

To assist in resolving this motion, the Court directs FT Partners to furnish the Court, by October 22, 2025, with a copy of (1) the engagement letter executed by FT Partners and Circle Internet Financial Limited ("Circle Engagement Letter") and (2) FT Partners' agreement with AlphaSense, both of which are referred to in Plata's letter. Dkt. 64 at 1–2.

1

FT Partners is to provide the Court with these materials by emailing them to

EngelmayerNYSDChambers@nysd.uscourts.gov/.  The Court will file these materials under

seal.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: October 21, 2025
        New York, New York