**Robert J. Malionek**
Direct Dial: +1.212.906.1816
robert.malionek@lw.com

1271 Avenue of the Americas

Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |

# LATHAM&WATKINS LLP

November 21, 2025  **(VIA CM/ECF)**

The Honorable Paul A. Engelmayer
United States District Judge, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:    *Plata Capital Limited v. FTP Securities LLC, et al.*, No. 1:25-cv-02549 (S.D.N.Y.)

Dear Judge Engelmayer:

On behalf of Defendants-Counterclaim-Plaintiffs Financial Technology Partners LP and FTP Securities LLC (collectively, "FT Partners"), we respectfully request that the Court seal the three exhibits attached hereto, which are referenced within FT Partners' motion to compel (the "Motion") Plata Capital Limited ("Plata") to produce documents without redactions based on claims of common interest or work product protections and to produce any other documents withheld on the same grounds.

As explained in the Motion, Exhibits A and B are email communications between Plata and North Haven Capital ("North Haven") that are highly relevant to FT Partners' claims. Exhibit C is a Non-Disclosure Agreement ("NDA") between Plata and North Haven regarding the North Haven Transaction at the center of this litigation. For the reasons explained in the Motion (and as confirmed by the NDA), these communications are transactional in nature and were not made in connection with any reasonably anticipated litigation—and are thus not entitled to work product or common interest protections.

Exhibits A, B, and C are all marked "confidential." The Stipulation and Protective Order dated September 19, 2025 (the "Protective Order") (ECF No. 56) requires any party filing documents with confidentiality markings to confer with the producing party as to whether such information may be filed publicly. *See* Protective Order § 14. To the extent the producing party does not agree to the public filing of any "Confidential" documents, the party filing the documents with the Court must file the "Confidential" documents under seal. *Id.* On November 21, 2025, FT Partners reached out to Plata and FAL HoldCo's joint counsel to confer regarding whether Exhibits A, B, and C should be filed under seal, and Plata and FAL HoldCo's requested that these documents be filed under seal. Accordingly, FT Partners hereby seeks leave to file Exhibits A, B, and C under seal, and a version of the Motion with redactions to the confidential information. If Plata wishes to keep this information sealed, then it may write a letter to the Court within three (3) days of the filing of this letter. FT Partners has no objection to sealing.

FT Partners greatly appreciates the Court's time and attention to this matter.

November 21, 2025
Page 2

LATHAM&WATKINS LLP

Respectfully submitted,

*/s/ Robert J. Malionek*

Robert J. Malionek
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, New York 10020
(212) 906-1200
robert.malionek@lw.com

FT Partners' request to file under seal the
above-mentioned exhibits, as part of its
motion to compel, is GRANTED.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: November 24, 2025
        New York, New York