**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PLATA CAPITAL LIMITED,<br><br>Plaintiff-Counterclaim-Defendant,<br><br>-against-<br><br>FINANCIAL TECHNOLOGY PARTNERS L.P. and FTP SECURITIES LLC,<br><br>Defendants-Counterclaim-Plaintiffs.<br><br>FINANCIAL TECHNOLOGY PARTNERS L.P. and FTP SECURITIES LLC,<br><br>Counterclaim-Plaintiffs,<br><br>-against-<br><br>FINTECH ACQUISITION LIMITED,<br><br>Counterclaim-Defendant. | Case No. 1:25-cv-02549 (PAE)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE THAT** Jed I. Bergman of the law firm Glenn Agre Bergman & Fuentes LLP, at 1185 Avenue of the Americas, 22nd Floor, New York, NY 10036, hereby appears in this action as counsel for Defendants and Counterclaim-Plaintiffs Financial Technology Partners L.P. and FTP Securities LLC. The undersigned demands that all documents filed in connection with the action be served upon the undersigned.

DATED: January 9, 2025
New York, New York

**GLENN AGRE BERGMAN & FUENTES LLP**

By: *\/s/ Jed I. Bergman*

Jed I. Bergman
1185 Avenue of the Americas, 22nd Floor
New York, NY 10036
Tel.: (212) 970-1600
jbergman@glennagre.com

*Counsel for Financial Technology Partners L.P. and FTP Securities LLC*