UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PLATA CAPITAL LIMITED,

Plaintiff-Counterclaim-Defendant,

-v-

FINANCIAL TECHNOLOGY PARTNERS L.P. and FTP
SECURITIES LLC,

Defendants-Counterclaim-Plaintiffs.

---

FINANCIAL TECHNOLOGY PARTNERS L.P. and FTP
SECURITIES LLC,

Counterclaim-Plaintiffs,

-v-

FINTECH ACQUSITION LIMITED,

Counterclaim-Defendant.

---

25 Civ. 2549 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On February 18, 2026, FTP Securities LLC ("FT Partners") moved to compel Plata

Capital Limited ("Plata") to search their custodians' mobile devices pursuant to FT Partners'

proposed search protocol. Dkt. 91. Earlier today, the Court set a schedule for Plata's letter-brief

response. Dkt. 92. Consistent with the Court's Individual Rule 2(E), the Court revises the

deadline for Plata's response to be February 23, 2026.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: February 18, 2026
New York, New York

1