# GLENN AGRE BERGMAN & FUENTES 〉

Jonathan Friedman
jfriedman@glennagre.com

1185 Avenue of the Americas, 22nd Floor
New York, NY 10036
212.970.1600

February 23, 2026

By ECF

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

       Re:    *Plata Capital Limited v. Financial Technology Partners LP, et al.*
             Case No. 25-cv-2549 (PAE)

Your Honor:

We are counsel for Financial Technology Partners LP and FTP Securities LLC (collectively, "FT Partners") in the above-referenced action. We write pursuant to Paragraph 14(b) of the protective order entered in this matter on September 18, 2025 (the "Protective Order"), to request leave to seal FT Partners' Amended Answer and Counterclaims filed contemporaneously with this motion. Paragraph 14(b) of the Protective Order provides as follows:

> To the extent the Producing Party does not agree to the public filing of any documents or information designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only," Filing Party shall preliminarily file such documents under seal and/or with redactions, and shall file together with the filing a letter motion seeking leave to file the document or information under seal via the Court's Electronic Case Filing system ("ECF") on the grounds that the Producing Party has requested sealing and/or redacting.

The Amended Answer and Counterclaims include information from documents marked Confidential from the productions of both Plata Capital Limited ("Plata") and North Haven Expansion Equity IX LP ("North Haven"). As neither Plata nor North Haven have agreed to the public filing of documents and information referenced in the Amended Answer and Counterclaims, FT Partners seeks leave to file this document under seal. FT Partners takes no position on the request to seal or redact the information contained in the Amended Answer and Counterclaims.

**Glenn Agre Bergman & Fuentes LLP**
New York
San Francisco
glennagre.com

February 23, 2026
Page 2 of 2

**GLENN AGRE BERGMAN & FUENTES**

Per the Court's Individual Rule 3(i), supporting papers must be redacted only to the extent necessary to safeguard information sought to be filed under seal. FT Partners states that its amended answer and counterclaims includes information from documents marked confidential, but proffers no basis, consistent with the "presumption of access" to judicial documents, to seal the amended answer and counterclaims as a whole. *See Bernstein v. Bernstein Litowitz Berger & Grossmann LLP*, 814 F.3d 132, 139–41 (2d Cir. 2016).

Accordingly, the Court directs counsel to (a) publicly file a copy of the amended answer and counterclaims with proposed redactions, and (b) electronically file under seal a copy of the unredacted document with the proposed redactions highlighted.

SO ORDERED.

*Paul A. Engelmayer*

_____
PAUL A. ENGELMAYER
United States District Judge

February 25, 2026
New York, New York

Respectfully,

GLENN AGRE BERGMAN & FUENTES LLP

By: */s/ Jonathan H. Friedman*
    Jonathan H. Friedman
    Jed I. Bergman
    Marissa E. Miller
    Samantha Bennett
    Samuel G. Bieler

1185 Avenue of the Americas, 22nd Floor
New York, NY 10036
Telephone: (212) 970-1600
Email: jfriedman@glennagre.com

*Attorneys for Financial Technology Partners LP and FTP Securities LLC*

LATHAM & WATKINS LLP

    Robert J. Malionek
    Zachary L. Rowen
    Tyler M. Halloran

1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200

*Attorneys for Financial Technology Partners LP and FTP Securities LLC, solely as against Plata Capital Limited and FinTech Acquisition Limited*