UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PLATA CAPITAL LIMITED,

                Plaintiff-Counterclaim-Defendant,

    -v-

FINANCIAL TECHNOLOGY PARTNERS L.P. and FTP
SECURITIES LLC,

                Defendants-Counterclaim-Plaintiffs.

---

FINANCIAL TECHNOLOGY PARTNERS L.P. and FTP
SECURITIES LLC,

                Counterclaim-Plaintiffs,

    -v-

FINTECH ACQUSITION LIMITED,

                Counterclaim-Defendant.

---

25 Civ. 2549 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Before the Court is a stipulation, Dkt. 113-1, premised on the Court's having not ruled on whether the amended answer and counterclaims of Financial Technology Partners LP and FTP Securities LLC (collectively, "FT Partners") must be filed publicly. Yesterday, however, the Court resolved that issue, directing FT Partners to (a) publicly file its Answer and associated materials with the limited proposed redactions, and (b) electronically file under seal a copy of these documents with the proposed redactions highlighted. Dkt. 115. The Court accordingly declines to execute the parties' proposed stipulation, Dkt. 113-1. This order is, of course, without prejudice to the parties' ability to submit a new proposed stipulation.

1

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: March 17, 2026
       New York, New York