**Robert J. Malionek**
Direct Dial: +1.212.906.1816
robert.malionek@lw.com

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |

March 25, 2026

**(VIA CM/ECF)**

The Honorable Paul A. Engelmayer
United States District Judge, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

        Re:     *Plata Capital Limited v. FTP Securities LLC, et al.*, No. 1:25-cv-02549 (S.D.N.Y.)

Dear Judge Engelmayer:

        Defendants-Counterclaim-Plaintiffs Financial Technology Partners LP and FTP Securities LLC (collectively, "FT Partners") and Counterclaim-Defendant FinTech Acquisition Limited ("FAL HoldCo") (together with FT Partners, the "Parties") write jointly to confirm with the Court that, in light of FT Partners' Amended Counterclaims, FAL HoldCo's pending motion to dismiss (ECF No. 51) is moot and FT Partners' deadline to file an opposition—which was originally scheduled for March 23, 2026—is accordingly no longer in effect. If the Court does not regard FT Partners' opposition deadline as mooted by the filing of the Amended Counterclaims, the Parties kindly request that the Court instruct the Parties on how to proceed.

        The Parties are in the process of negotiating a schedule to govern FAL HoldCo's deadline to respond to the Amended Counterclaims and, if a further motion to dismiss is filed, briefing as to any such motion. The Parties greatly appreciate the Court's time and attention to this matter.

Respectfully submitted,


*/s/ Felix Lee*
Felix Lee[1]
of FENWICK & WEST LLP

*/s/ Robert J. Malionek*
Robert J. Malionek
of LATHAM & WATKINS LLP

*Counsel for Plaintiff-Counterclaim-Defendant Plata Capital Limited and Counterclaim-Defendant Fintech Acquisition Limited*

*Counsel for Defendants Financial Technology Partners LP and FTP Securities LLC, solely as against Plata Capital Limited and FinTech Acquisition Limited*


cc:  All Counsel of Record (via ECF)

---

[1] FT Partners uses electronic signatures with consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.

GRANTED.  In light of FT Partners' amended counterclaims, FAL HoldCo's pending motion to dismiss, Dkt. 51, is moot. *See Gonzalez v. Paine, Webber, Jackson & Curtis, Inc.*, 493 F. Supp. 499, 501 (S.D.N.Y. 1980).  The Court directs the parties to file a revised Case Management Plan forthwith.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

March 31, 2026
New York, New York