**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PLATA CAPITAL LIMITED,<br><br>Plaintiff-Counterclaim-Defendant,<br><br>- against -<br><br>FINANCIAL TECHNOLOGY PARTNERS L.P. and FTP SECURITIES LLC,<br><br>Defendants-Counterclaim-Plaintiffs. | Civil Action No. 1:25-cv-02549-PAE<br><br>Hon. Paul A. Engelmayer<br><br>**ORAL ARGUMENT REQUESTED** |
| FINANCIAL TECHNOLOGY PARTNERS L.P. and FTP SECURITIES LLC,<br><br>Counterclaim-Plaintiffs,<br><br>- against -<br><br>FINTECH ACQUISITION LIMITED and NORTH HAVEN EXPANSION EQUITY IX LP,<br><br>Counterclaim-Defendants. | |

**NORTH HAVEN EXPANSION EQUITY IX LP'S NOTICE OF MOTION TO DISMISS FINANCIAL TECHNOLOGY PARTNERS L.P. AND FTP SECURITIES LLC'S COUNTERCLAIMS**

PLEASE TAKE NOTICE that Counterclaim-Defendant North Haven Expansion Equity IX LP ("North Haven"), based upon this Notice and accompanying Memorandum of Law, the Declaration of Michael J. Tiffany, dated April 17, 2026, and exhibits thereto, the pleadings and records on file in this action, all matters of which the Court may take judicial notice, and any other argument or evidence that may be presented in support of this Motion, will move this Court, before the Honorable Paul A. Engelmayer, United States District Judge, at the Thurgood Marshall United

States Courthouse, 40 Foley Square, New York, New York 10007, at a date and time to be determined by the Court, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure granting North Haven's motion to dismiss the counterclaims asserted against it by Financial Technology Partners L.P. and FTP Securities LLC in their Amended Answer and Counterclaims (Dkt. No. 116) (the "Counterclaims") in their entirety with prejudice; or, in the alternative, for an Order pursuant to 28 U.S.C. § 1367(c) declining to exercise supplemental jurisdiction over the Counterclaims and dismissing said Counterclaims without prejudice; and any such other and further relief this Court deems appropriate.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Third Revised Civil Case Management Plan and Scheduling Order entered by the Court on April 8, 2026 (Dkt. No. 124), opposition papers shall be filed no later than May 18, 2026, and any reply papers shall be filed no later than June 5, 2026.

Date: April 17, 2026

LEADER BERKON COLAO &
SILVERSTEIN LLP

By: */s/ Glen Silverstein*
Glen Silverstein
gsilverstein@leaderberkon.com
Michael J. Tiffany
mtiffany@leaderberkon.com
Stephanie L. Gase
sgase@leaderberkon.com
Daniel A. Johnson
djohnson@leaderberkon.com
630 Third Avenue, 17th Floor
New York, New York 10017

*Attorneys for North Haven Expansion Equity IX LP*