**FENWICK**

801 California Street
Mountain View, CA 94041

650.988.8500
Fenwick.com

Felix Lee
flee@fenwick.com  |  650.335.7123

April 17, 2026

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    *Plata Capital Ltd v. FTP Securities LLC, et al.*, Case No. 1:25-cv-02549-PAE (S.D.N.Y.)

Dear Judge Engelmayer:

Pursuant to Section 4.B.2 of this Court's Individual Rules & Practices in Civil Cases and Section 14.d of the Stipulation and Protective Order dated September 19, 2025 (Dkt. No. 56 (the "Protective Order")), Plaintiff and Counterclaim-Defendant Plata Capital Limited ("Plata") and Counterclaim-Defendant FinTech Acquisition Limited ("FinTech Acquisition" (together, "Counterclaim Defendants")) respectfully move to seal:

    (i)    Plata's unredacted Answer to the Amended Counterclaims, and

    (ii)    FinTech Acquisition's unredacted Answer to the Amended Counterclaims (together, the "Counterclaim Defendants' Unredacted Answers").

In answering Financial Technology Partners LP and FTP Securities LLC's (collectively, "FT Partners") Amended Counterclaims (Dkt. No. 117), Counterclaim Defendants have reproduced the allegations set forth in the Amended Counterclaims. The Court previously granted Counterclaim Defendants' motion to apply "narrowly tailored" redactions to the Amended Counterclaims. *See* Dkt. No. 115 at 4 ("Accordingly, the Court finds that the limited redactions narrowly tailored to the confidential business information that the corresponding documents contain."). The Court therefore ordered FT Partners to (i) file publicly the Amended Counterclaims "with the limited proposed redactions," and (ii) "electronically file under seal a copy of these documents with the proposed redactions highlighted." *Id.*

Because Counterclaim Defendants are now merely reproducing the allegations in the Amended Counterclaims for the purpose of answering those allegations, the same reasoning applies for redacting the same sensitive information from the publicly filed answers, and maintaining Counterclaim Defendants' Unredacted Answers under seal. To the extent necessary, Counterclaim Defendants incorporate by reference the arguments they made in support of the redactions to the Amended Counterclaims (*see* Dkt. No. 105).

For the foregoing reasons, Counterclaim Defendants respectfully request that the Court maintain the Counterclaim Defendants' Unredacted Answers under seal.

Sincerely,

FENWICK & WEST LLP

*/s/ Felix Lee*

Felix Lee

cc:    All Counsel of Record

GRANTED.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 20, 2026
        New York, New York

2