# GLENN AGRE BERGMAN & FUENTES ❯

Jed I. Bergman
jbergman@glennagre.com

1185 Avenue of the Americas, 22nd Floor
New York, NY 10036
212.970.1600

May 18, 2026

By ECF

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re:    *Plata Capital Limited v. Financial Technology Partners LP, et al.*
       Case No. 25-cv-2549 (PAE)

Your Honor:

We are counsel for Financial Technology Partners LP and FTP Securities LLC (collectively, "FT Partners") in the above-referenced action. We write pursuant to Paragraph 14(b) of the protective order entered in this matter on September 18, 2025 (the "Protective Order"), to request leave to seal FT Partners' Memorandum of Law in Opposition to North Haven Expansion Equity IX LP's ("North Haven") Motion to Dismiss filed contemporaneously with this letter. Paragraph 14(b) of the Protective Order provides as follows:

> To the extent the Producing Party does not agree to the public filing of any documents or information designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only," Filing Party shall preliminarily file such documents under seal and/or with redactions, and shall file together with the filing a letter motion seeking leave to file the document or information under seal via the Court's Electronic Case Filing system ("ECF") on the grounds that the Producing Party has requested sealing and/or redacting.

North Haven has taken the position that materials in FT Partners' memorandum of law should be redacted. A copy of FT Partners' memorandum of law with the highlighted materials redacted is being filed publicly with this letter. FT Partners thus requests, pursuant to the Protective Order, that the Court grant leave to file the highlighted copy under seal. In addition, FT Partners is filing an exhibit with its motion on which the parties have not yet opined as regard sealing or redaction. Out of an abundance of caution, FT Partners seeks leave to file the attached exhibit, with references in its memorandum redacted, under seal as well. Although FT Partners does not itself seek to seal the materials identified by North Haven, it does not intend to object to North Haven's request to the extent the request seeks sealing of material that the Court has previously ordered sealed in prior filings.

**Glenn Agre Bergman & Fuentes LLP**
New York
San Francisco
glennagre.com

# GLENN AGRE BERGMAN & FUENTES

Respectfully,

**GLENN AGRE BERGMAN & FUENTES LLP**

By: _/s/ Jed I. Bergman_____
     Jed I. Bergman
     Jonathan H. Friedman
     Samantha Bennett
     Samuel G. Bieler

1185 Avenue of the Americas, 22nd Floor
New York, NY 10036
Telephone: (212) 970-1600
Email: jbergman@glennagre.com

_Attorneys for Financial Technology
Partners LP and FTP Securities LLC_

GRANTED.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: May 28, 2026
      New York, New York

Glenn Agre Bergman & Fuentes LLP
New York
San Francisco
glennagre.com